IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Case No: C CV 08 80247 MISC VRW

**ORDER TO SHOW CAUSE**

David Paul Schwartz - #45914

_____/

It appearing that David Paul Schwartz has been enrolled as an inactive member of the State Bar of California pursuant to Section 6203 of the Business and Professions Code and that pursuant to this provision, he may not practice law in the State of California effective October 6, 2008,

**IT IS SO ORDERED**

That respondent show cause in writing on or before December 30, 2008 as to why he should not be suspended from practice before this court, pending further notice from the State Bar of California, that his status has been activated.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:
David Paul Schwartz
Attorney At Law
777 Viewcrest Drive
Ventura, CA 93003